FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 09, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICKY LEE CREEKMORE,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT FERGUSON and SCOTT SOUZA,<br><br>    Respondents. | 4:20-cv-05082-SAB<br><br>ORDER SUMMARILY DISMISSING HABEAS ACTION |

By Order filed August 5, 2020, the Court granted Petitioner Nicky Lee Creekmore, a prisoner at the Benton County Jail, leave to proceed *in forma pauperis* and directed him to show cause why his *pro se* Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 should not be dismissed due to his failure to exhaust state court remedies and as a proper exercise of abstention under *Younger v. Harris,* 401 U.S. 37 (1971). ECF No. 11. Petitioner filed a timely response on August 12, 2020 entitled, "MOTION 'SHOW CAUSE' Response." ECF No. 12.

Petitioner asserts that he has filed various claims in the county superior court, including a "tort" claim, which have been "delayed till after Covid-19." *Id.* at 1. He claims he is "suffering Pre-trial Hostile Conditions of Coerhercian [sic], worse than Post-conviction remedies." *Id.* It is unclear what Petitioner is asserting.

ORDER SUMMARILY DISMISSING HABEAS ACTION -- 1

In any event, Petitioner has failed to demonstrate that he has exhausted his state court remedies or that *Younger* abstention is inappropriate. Therefore, for the reasons set forth above and in the Order to Show Cause, ECF No. 11, the Court finds it appropriate to dismiss this action without prejudice for failure to exhaust state court remedies.

Because it plainly appears that Petitioner is not entitled to relief in this Court at this time, **IT IS ORDERED** the petition, **ECF No. 1,** is **DISMISSED** without prejudice pursuant to Rule 4, Rules Governing Section 2254 Cases in the United States District Courts. **IT IS FURTHER ORDERED** that all pending Motions are **DENIED as moot.**

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, enter judgment, provide copies to Petitioner, and close the file. The Court certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability is therefore **DENIED.**

**DATED** this 9th day of September 2020.



Stanley A. Bastian
Chief United States District Judge

ORDER SUMMARILY DISMISSING HABEAS ACTION -- 2